**Return**

| Case No.: 22-MJ-156 | Date and time warrant executed: 9/21/2022 | Copy of warrant and inventory left with: H. Delvalle |
|---|---|---|

| Inventory made in the presence of : | SA Rick Connors |
|---|---|

Inventory of the property taken and name(s) of any person(s) seized:

1910 W. Arrow St, Milwaukee, Wisconsin: 98 grams of suspected cannabis, Radikal Arms, 12ga shotgun, Winchester 12ga ammunition, CCI 9mm, ammunition,  .45 caliber ammunition, .380 caliber ammunition.

Hector L. DELVALLE: One FNH USA, 503 Pistol, one Red Apple iPhone 11.

Wisconsin license plate ANK-5202: Search not conducted.

6119 W. Spencer Pl, Milwaukee, Wisconsin: Search not conducted.

Jose A. Delvalle (DOB 5/3/1999): Search not conducted.

2005 Acura bearing Wisconsin license plate AFH7760: Search not conducted.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   5/7/2025

_Executing officer's signature_

SA Gabriel Lowrance

_Printed name and title_